UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br>AND<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>                         Plaintiffs,<br><br>vs.<br><br>COMMUNITY MEDICAL IMAGING, P.C.,<br>COMMUNITY MEDICAL IMAGING OF BROOKLYN, P.C.,<br>ANDREW J. MCDONNELL, M.D.,<br>GRIGORIY VAYNSHTEYN,<br>a/k/a GREGORY VAYNSHTEYN,<br>AND<br>GLOBAL STONE ASSOCIATES, INC.,<br><br>                         Defendants. | C.A. No. 1:24-cv-01832-NGG-LKE |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire & Casualty Insurance Company (collectively "Allstate"), and Defendants Community Medical Imaging, P.C., Community Medical Imaging of Brooklyn, P.C., Andrew J. McDonnell, M.D., Grigoriy Vaynshteyn a/k/a Gregory Vaynshteyn, and Global Stone Associates, Inc., through their undersigned counsel, that Allstate's Complaint (Dkt. No. 1) be dismissed as to Defendants Community Medical Imaging, P.C., Community Medical Imaging of Brooklyn, P.C., Andrew J. McDonnell, M.D., Grigoriy Vaynshteyn a/k/a Gregory Vaynshteyn, and Global Stone Associates, Inc., with prejudice and without cost to any party.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

| | |
|---|---|
| *Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company* | *Grigoriy Vaynshteyn a/k/a Gregory Vaynshteyn and Global Stone Associates, Inc.* |
| By Counsel: | By Counsel: |
| /s/ Michael W. Whitcher | /s/ Donald J. Kravet |
| Nathan A. Tilden (NT0571)<br>Michael W. Whitcher (MW7455)<br>King, Tilden, McEttrick & Brink, P.C.<br>100 Ring Road West, Suite 211<br>Garden City, NY 11530<br>(347) 710-0050 | Donald J. Kravet<br>555 Fifth Avenue, 14th Floor<br>New York, NY 10017<br>(646) 248-5460<br>dkravet@kvnylaw.com |
| Dated: November 19, 2024 | Dated: November 19, 2024 |

*Community Medical Imaging, P.C., Community Medical Imaging of Brooklyn, P.C., and Andrew J. McDonnell, M.D.*

By Counsel:

/s/ Wesley Mead

Wesley Mead
The Mead Law Firm, P.C.
3033 Brighton 3rd Street
Brooklyn, NY 11235
(866) 306-5547
wmeadlaw@gmail.com

Dated: November 19, 2024

SO ORDERED:

Dated:  Brooklyn, New York
        Nov. 19, 2024

s/ Nicholas G. Garaufis
Garaufis, J.
United States District Judge

2